# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMIE ROANTES, | ) |
| Plaintiff, | ) Civil Action No.: 2:20-cv-01589 |
| | ) |
| v. | ) Judge: Martin L.C. Feldman |
| | ) |
| I.C. SYSTEM, INC., | ) Magistrate: Janis van Meerveld |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Notice is hereby given that the Plaintiff, Jamie Roantes, and the Defendant, I.C. System, Inc., have settled this matter, which fully resolves this matter for all parties and claims. The parties anticipate completing settlement documents and filing a dismissal with prejudice within the next sixty (60) days.

DATED: September 16, 2020              RESPECTFULLY SUBMITTED,

/s/ Samuel J. Ford
Hair Shunnarah Trial Attorneys, LLC
4621 West Napoleon Avenue, Suite 204
Metairie, Louisiana 70001
T: 504.684.5200, Ext. 5
F: 504.613.6351
ford@hairshunnarah.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          */s/ Samuel J. Ford*
                                          Samuel J. Ford, Esq.